FILED  
United States Court of Appeals  
Tenth Circuit

May 1, 2024

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

CHIEFTAIN ROYALTY COMPANY, on its behalf and as representative of a class of similarly situated royalty owners,

    Plaintiff - Appellee,

v.

SM ENERGY COMPANY, including predecessors, successors and affiliates; ENERVEST ENERGY INSTITUTIONAL FUND XIII-A, L.P.; ENERVEST ENERGY INSTITUTIONAL FUND XIII-WIB, L.P.; ENERVEST ENERGY INSTITUTIONAL FUND XIII-WIC, L.P.; ENERVEST OPERATING, LLC; FOURPOINT ENERGY, LLC,

    Defendants – Appellees.

-------------------------------

C. BENJAMIN NUTLEY, as personal representative of the Estate of Charles David Nutley,

    Objector - Appellant,

and

DANNY GEORGE,

    Objector - Appellant.

Nos. 22-6069, 22-6124 & 22-6125  
(D.C. No. 5:11-CV-00177-D)  
(W.D. Okla.)

_____

**JUDGMENT**

_____

Before **TYMKOVICH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.
_____

These cases originated in the Western District of Oklahoma and were argued by counsel.

The judgment of that court is affirmed in part and vacated in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk